Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DANIELLE ESPARZA, )<br>)<br>Defendant. )<br>_____ ) | 2:19-cr-00265-RFB-VCF<br><br>(Second Request) |

Certification:  This Stipulation and Order is being timely filed.

## STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED, by Defendant DANIELLE ESPARZA, by and through her attorney, LANCE A. MANINGO, ESQ., and the United States of America, by and through KEVIN SCHIFF, Assistant United States Attorney, that the sentencing hearing currently scheduled for January 14, 2021, at 11:00 a.m. be vacated and continued to a date and time convenient for this Court; however, in no event earlier than sixty (60) days from the present date of sentencing.

This Stipulation is entered into for the following reasons:

1.     The parties agree to continue the sentencing date for purposes of co-defendant Hurtado still pending plea;

2.     That Defendant ESPARZA is in custody and does not object to this continuance;

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

1

3.     That denial of this request for a continuance could result in a miscarriage of justice; and

4.     This is the second request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 6th day of January, 2021.

By:   /s/ Lance Maningo              By:   /s/ Kevin Schiff         
       LANCE A. MANINGO, ESQ.              KEVIN SCHIFF, AUSA
       Attorney for Defendant ESPARZA        Attorney for Plaintiff

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| DANIELLE ESPARZA, | ) |
| Defendant. | ) |

2:19-cr-00265-RFB-VCF

(Second Request)

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1.  The parties agree to continue the sentencing date for purposes of co-defendant Hurtado still pending plea;

2.  That Defendant ESPARZA is in custody and does not object to this continuance;

3.  That denial of this request for a continuance could result in a miscarriage of justice; and

4.  This is the second request for a continuance of the sentencing date in this case.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice.

/ / / /

/ / / /

/ / / /

/ / / /

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

3

## ORDER

1

2     IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for

3  January 14, 2021 at 11:00 a.m. be vacated and continued to ___March 18, 2021___ at

4  __9:00 AM__ in the above-noted Court.

5     DATED this __11th__ day of January, 2021.

6

7

8  _____
   RICHARD F. BOULWARE, II
9  UNITED STATES DISTRICT JUDGE

10

11  Respectfully submitted by:

12  MANINGO LAW

13

14  By:    ___/s/ Lance Maningo___
        Lance A. Maningo
15      Nevada Bar No. 6405
        400 South 4th Street, Suite 650
16      Las Vegas, Nevada 89101
        Attorney for Defendant ESPARZA
17

18

19

20

21

22

23

24

25

26

27

28

4