Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | 2:19-cr-00265-RFB-VCF |
| Plaintiff, | |
| vs. | (Third Request) |
| DANIELLE ESPARZA, | |
| Defendant. | |

Certification:  This Stipulation and Order is being timely filed.

**STIPULATION TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED AND AGREED, by Defendant DANIELLE ESPARZA, by and through her attorney, LANCE A. MANINGO, ESQ., and the United States of America, by and through KEVIN SCHIFF, Assistant United States Attorney, that the sentencing hearing currently scheduled for March 18, 2021, at 9:00 a.m. be vacated and continued to a date and time convenient for this Court; however, in no event earlier than thirty (30) days from the present date of sentencing.

This Stipulation is entered into for the following reasons:

    1.    The parties agree to continue the sentencing date as co-defendant Hurtado is still pending sentencing;

    2.    That Defendant ESPARZA is in custody and does not object to this continuance;

1

3. That denial of this request for a continuance could result in a miscarriage of justice; and

4. This is the third request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 9th day of March, 2021.

By: */s/ Lance Maningo*                  By: */s/ Kevin Schiff*
     LANCE A. MANINGO, ESQ.                     KEVIN SCHIFF, AUSA
     Attorney for Defendant ESPARZA           Attorney for Plaintiff

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIELLE ESPARZA,<br><br>　　　　Defendant. | 2:19-cr-00265-RFB-VCF<br><br>(Third Request) |

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. The parties agree to continue the sentencing date as co-defendant Hurtado is still pending sentencing;

2. That Defendant ESPARZA is in custody and does not object to this continuance;

3. That denial of this request for a continuance could result in a miscarriage of justice; and

4. This is the third request for a continuance of the sentencing date in this case.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice.

/ / / /

/ / / /

/ / / /

/ / / /

3

**ORDER**

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for March 18, 2021 at 9:00 a.m. be vacated and continued to  April 29, 2021  at  9:00 AM  in the above-noted Court.

DATED this  10th  day of March, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:



By:   /s/ Lance Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant ESPARZA